FILED IN
COURT OF CRIMINAL APPEALS

August 11, 2015

ABEL ACOSTA, CLERK

PD-0793-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/10/2015 7:24:12 PM
Accepted 8/11/2015 4:41:59 PM
ABEL ACOSTA
CLERK

PD 0793-15

## IN THE COURT OF CRIMINAL APPEALS

---

### MITCHELL DEAN COCHRAN

### VS.

### THE STATE OF TEXAS

---

## MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

---

TO THE HONORABLE JUDGES OF SAID COURT:

I.

COMES NOW, Appellant in the above styled case, and makes and files this his request for an extension of time to file his PDR and would show unto the Court the following:

COURT BELOW:                Tenth Court of Appeals

CAUSE NUMBER BELOW:         NO. 10-14-00013-CR

DATE FOR PETITION OF
DISCRETIONARY REVIEW REFUSED:    None

PRESENT DEADLINE FOR
FILING APPELLANTS' PDR:          8-10-15

Mitchel Dean Cochran                                          1

DAYS REQUESTED BY THIS
EXTENSION:                                              2

DATE TO WHICH EXTENSION
IS REQUESTED:                                           8-12-15

NUMBER OF EXTENSIONS
PREVIOUSLY GRANTED:                                     1

### I.

The Appellee's request is based upon the following reasonable explanation of the need for additional time, within the personal knowledge of Charles W. McDonald, the attorney signing this motion, T.R.A.P. 10.5(b), namely:

### II.

Counsel has worked through the weekend and needs two additional days to complete this PDR. Counsel has been working under great strain the last 60 days due to the recent death of his father, his estate and winding down his practice. I would greatly appreciate the two days.

### III.

WHEREFORE, this Attorney for the Appellant prays that the Court grant this motion and extend the time and deadline for the filing of Appellant's PDR for 2 weeks, or the Court grant such additional time as is just and proper.

Respectfully submitted,

/s/_____
Charles W. McDonald
ATTORNEY AT LAW
2024 Austin Avenue
Waco, Texas         76701
(254) 752-9901
FAX: (254) 754-1466
SBOT NO. 13538800

Mitchel Dean Cochran                                                              2

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing instrument was served upon Abelino "Abel" Reyna, McLennan County Criminal District Attorney, 219 N. Sixth Street, Suite 200, Waco, Texas 76701-1363, according to rule and law, this 10th day of August, 2015.

/s/_____
Charles W. McDonald

Mitchel Dean Cochran

3